United States District Court
Southern District of Texas
**ENTERED**
March 11, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SHAMEEKA L. JONES, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-01726 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| SECURITAS SECURITY | § | |
| SERVICES USA, INC, | § | |
| Defendant. | § | |

### ORDER ADOPTING
### MEMORANDUM AND RECOMMENDATION

Plaintiff Shameeka L. Jones proceeds here *pro se*. She filed a complaint against Defendant Securitas Security Services USA, Inc, alleging employment discrimination and retaliation. See Dkt 1-5 (original petition). Defendant removed this action based on diversity jurisdiction. Dkt 1.

Pending is a Report and Recommendation by Magistrate Judge Dena Hanovice Palermo, recommending that this case be remanded for lack of subject matter jurisdiction because (i) Plaintiff did not plead any federal law claims, and (ii) Defendant failed to establish that the amount in controversy requirement is met. Dkt 13.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Report and Recommendation, the record, and the applicable law.

The Report and Recommendation of the Magistrate Judge is ADOPTED as the Report and Order of this Court. Dkt 13.

This case is REMANDED to the 133rd Judicial District, Harris County, Texas.

The Clerk is ORDERED to provide a copy of this Order to the Clerk of the 133rd Judicial District, Harris County, Texas.

SO ORDERED.

Signed on March 11, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge